# EXHIBIT B

| | |
|---|---|
| NO. HHD-CV16-6064693-S | : SUPERIOR COURT |
| ISMAEL MEDERO | : J.D. OF HARTFORD |
| V. | : AT HARTFORD |
| MURPHY SECURITY SERVICE, LLC | : JANUARY 12, 2016 |

## NOTICE OF FILING OF PETITION FOR REMOVAL

TO THE JUDGES AND CLERK OF THE SUPERIOR COURT IN THE JUDICIAL DISTRICT OF HARTFORD IN THE STATE OF CONNECTICUT, WITHIN; AND TO ALL PARTIES TO THE ACTION HEREIN:

PLEASE TAKE NOTICE that Defendant, Murphy Security Service, LLC, filed a Petition for Removal of this action in the United States District Court for the District of Connecticut on January 12, 2016, pursuant to the provisions of 28 U.S.C. §§ 1331, 1332 and 1446. You are advised to take no further action herein.

This notice of filing of petition is filed and served pursuant to 28 U.S.C. § 1446.

MURPHY SECURITY SERVICE, LLC,

By /s/ Jonathan C. Sterling
James M. Sconzo and
Jonathan C. Sterling of
CARLTON FIELDS
One State Street, Suite 1800
Hartford, CT 06103-3102
Juris No. 420124
Its Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served by First Class Mail, postage prepaid, on January 12, 2016, to:

Michael J. Reilly, Esq.
Cicchiello & Cicchiello, LLP
364 Franklin Avenue
Hartford, Connecticut 06114

/s/ Jonathan C. Sterling
Jonathan C. Sterling



### State of Connecticut Judicial Branch
### Civil and Family E-Services



Attorney/Firm: CARLTON FIELDS JORDEN BURT PA (420124)   E-Mail: jbctefile@jordenusa.com   Logout

Hide Instructions                **You have successfully e-filed!**

**Instructions:** The information about the item you filed is on this confirmation page. You must print a copy of this page for your records. Choose **Print This Page** at the top of the page to print your copy.

Choose **E-File Another Pleading/Motion/Other on this Case** to go back to the **Select a Motion** page to choose another document name and file another document.

Choose **Return to Civil/Family Menu** to go back to the menu page.

Choose **Return to Case Detail** to look at the documents filed in this case or to file a reclaim in this case.

[ Print This Page ]

### Confirmation of E-filed Transaction (print this page for your records)

| | |
|---|---|
| **Docket Number:** | HHD-CV-16-6064693-S |
| **Case Name:** | MEDERO, ISMAEL v. MURPHY SECURITY SERVICE, LLC |
| **Type of Transaction:** | Pleading/Motion/Other document |
| **Date Filed:** | Jan-12-2016 |
| **Motion/Pleading by:** | CARLTON FIELDS JORDEN BURT PA (420124) |
| **Document Filed:** | 101.00 NOTICE OF REMOVAL TO FEDERAL DISTRICT COURT |
| **Date and Time of Transaction:** | Tuesday, January 12, 2016 2:37:52 PM |

[ E-File Another Pleading/Motion/Other document on this Case ]

[ Return to Civil / Family Menu ]   [ Return to Case Detail ]

Copyright © 2016, State of Connecticut Judicial Branch